

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-18-00119-CV

| | | |
|---|---|---|
| Eusebio Palacios | § | From the 48th District Court |
| | § | of Tarrant County (048-262207-12) |
| v. | | |
| | § | July 12, 2018 |
| Jayaben Patel | § | Opinion by Chief Justice Quinn |

## JUDGMENT ON REMITTITUR

We withdraw our June 7, 2018 judgment and substitute the following.

Jayaben Patel having accepted the suggestion to remit $108,366.14, we reform the judgment to reverse the award of attorney's fees and exemplary damages; deny recovery of damages upon the causes of action for trespass to real property, fraud, negligence, trespass to try title, and suit to quiet title; allow recovery of damages upon the conversion cause of action and award Patel damages for conversion in the amount of $26,633.86; award Patel $2,774.36 prejudgment interest; declare Patel to be the true and sole owner of the realty; and as so reformed, affirm the trial court's judgment.

It is further ordered that the parties shall split the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By  /s/ Brian Quinn
      Chief Justice Brian Quinn